# BN DF BUTTERMORE NEWMAN DELANNEY & FOLTZ, LLP
### ATTORNEYS AT LAW

BERTRAND J. DELANNEY[1]
SUSANA D. DELANNEY[1]
DAVID B. FOLTZ[1,2,3]
DONNA R. NEWMAN[1,2]

OF COUNSEL:
GRANT M. BUTTERMORE[2]
KEVIN M. DYER[1,4]

ADMITTED IN:
[1] NY
[2] NJ
[3] PA
[4] CA

REPLY TO:
☐ 445 EAST BROAD STREET
PO Box 2189
WESTFIELD, NJ 07091-2189
TEL: (908) 232-0292
FAX: (908) 232-3277

111 BROADWAY
SUITE 1805
NEW YORK, NY 10006
TEL: (212) 229-1516
FAX: (212) 676-7497

☐ 105 HAWK COURT
MILFORD, PA 18337
TEL: (570) 296-2420
FAX: (570) 296-4247

August 27, 2009

**via ECF and first class mail**
Hon. Peter G. Sheridan
United States District Court Judge
for the District of New Jersey
Clarkson S. Fisher Bldg.
& U.S. Courthouse
Trenton, New Jersey 08608

    Re:   **United States v. Michael Velez**
           **Docket No. 2:08-00389-PGS-1**

Dear Judge Sheridan:

It is counsel's intent to appeal to Your Honor, Magistrate Madeline Cox Arleo's revocation of Michael Velez' bail on his arrest on a domestic violence charge. I am awaiting a copy of the transcript of the hearing. In order that I may properly represent my client at a hearing, I need various records from the files maintained by his United States Pretrial Services Officer. Specifically, I need the following:

1. A copy of any and all domestic violence complaints filed against Mr. Velez by Tameerah N. Green upon which probation cited in their violation of bail report;

2. Any and all pictures evidencing the injuries sustained by Tameerah N. Green as a result of the alleged domestic violence upon which probation cited in their violation of bail report;

3. A copy of any and all police records relative to reports of domestic violence

www.BNDF.net

Associate member of the Parlex Group of European Lawyers.
Parlex Group associates in: Barcelona/Madrid, Brussels, Copenhagen, Dublin, Edinburgh, Freiburg, Graz, Istanbul, London, Luxembourg, Nicosia, Oslo,
Paris, Prague, Reykjavik, Rotterdam, Shanghai, Stockholm, Thessaloniki, Turin/Milan/Rome, Warsaw, Zurich.

upon with probation relied upon their violation of bail report.

4. A complete copy of the file maintained by US PTS Officer Elizabeth Auson, with respect to Michael Velez, including, but not limited to reports, notes (handwritten and typed), records of telephone conversations with Mr. Velez, etc.

It is my understanding that a Court Order is necessary before the United States Pretrial Services Office is permitted to make this information available to me. Accordingly, I respectfully request that the Court, by endorsing this letter, direct the United States Pretrial Services Office to make available to the undersigned counsel the requested documents.

Respectfully submitted,

*Donna R. Newman /ad*

Donna R. Newman
DRN/ad
cc: AUSA Erez Liebermann, Esq.-via ECF
    Michael Velez